IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 20-cv-02284-CMA-KAS

HUNTER ADAM MELNICK,

    Plaintiff,

v.

TONYA GAMBLIN, CPO DOC
SARA PHELPS, CPS DOC, and
TERESA MITCHELL,

    Defendants.

## ORDER

    This matter is before the Court on Plaintiff's Objection to #195 Order (Doc. #201). The Court has conducted a *de novo* review, and for the following reasons the Court overrules Plaintiff's Objection (Doc. #201) and affirms Magistrate Judge Starnella's Minute Orders of June 2, 2025 (Doc. #195) and June 6, 2025 (Doc. #200):

    Plaintiff's proposed Motion for Supplemental Response (Doc. #196) did not resolve the shortcomings of Plaintiff's Response (Doc. #192) to Defendants' Motion for Summary Judgment (Doc. #184).  Magistrate Judge Starnella is correct that Plaintiff's Response to Defendants' Motion for Summary Judgment improperly jointly addresses the claims/issues in this case as well as the claims/issues raised by the Defendants in the Summary Judgment Motion in Plaintiff's other case, Civil Action No. 19-cv-00154-CMA-KAS.  Neither Defendants nor the Court should be forced to sift through Plaintiff's

Response and the proposed Motion for Supplemental Response to attempt to decipher what might be relevant to this case.

Accordingly, the Court AFFIRMS Magistrate Judge Starnella's Order Striking Plaintiff's Response (Doc. #192) and Denying as Moot Plaintiff's proposed Motion for Supplemental Response (Doc. #196).

Plaintiff shall have until June 30, 2025 to file a new Response which addresses **only** the claims/issues in this case, as raised by Defendants in their Motion for Summary Judgment (Doc. #184). To the extent appropriate, Plaintiff may include any information from his proposed supplement as part of his new response to Defendants' Motion for Summary Judgment.

DATED: June 19, 2025

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge